FILED BY KJZ D.C.

Mar 17, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOEL BARRETT | ) | Case No. 21-8084-DLB |
| | ) | |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 03/17/2021

s/ Joel Barrett
*Defendant's signature*

s/ Michael Hursey
*Signature of defendant's attorney*

Michael Hursey FL Bar # 457698
*Printed name and bar number of defendant's attorney*

5220 S. University Dr. Suite C-110
Ft. Lauderdale, FL 33328
*Address of defendant's attorney*

mhpalaw@bellsouth.net
*E-mail address of defendant's attorney*

954-252-7458
*Telephone number of defendant's attorney*

754-551-6574
*FAX number of defendant's attorney*