UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-8084-DLB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOEL BARRETT,

    Defendant.
_____/

FILED BY ___KJZ___ D.C.

Mar 17, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**PRETRIAL DETENTION ORDER**

The Defendant, Joel Barrett, appeared before the Court on March 17, 2021, for a detention hearing. Defendant waived his right to be physically present in the courtroom and consented to appear via Zoom video conference (VTC) from the U.S. Marshal's cellblock at the West Palm Beach federal courthouse. The Court found that Defendant knowingly and voluntarily and with the advice of competent counsel waived his personal presence in the courtroom on March 17, 2021 and agreed to appear by Zoom VTC from the U.S. Marshal's cellblock for the hearing. Because the Court also found that the hearing could not be delayed without serious harm to the interests of justice, the hearing was conducted by Zoom VTC.

After conducting a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. § 3142(f), the Court concludes that the facts and law require that Defendant be detained.

**I.**    **Findings of Fact**

Defendant is charged by Criminal Complaint [DE 1] with possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1) (Count 1) and sale of a firearm and ammunition to a convicted felon, in violation of 18 U.S.C. § 922(d)(1) (Count 2). If

convicted of Count 1, Defendant is facing a mandatory minimum of five years in prison and up to 40 years in prison, a mandatory minimum of four years of supervised release and up to lifetime term of supervised release, and up to a $5 million fine. If convicted of Count 2, Defendant is facing up to 10 years in prison, up to three years of supervised release, and up to a $250,000 fine.

## II.     Reasons for Detention

The Court takes judicial notice of the Criminal Complaint and the Pretrial Services Report. The Government moved for pretrial detention on the grounds that Defendant is a substantial or serious risk of flight or nonappearance and a danger to the community, and Defendant stipulated to detention with the right to have a full detention hearing at a later date. In light of the charges against Defendant, the information contained in the Criminal Complaint and the Pretrial Services Report, the statutory rebuttable presumption that applies in this case, and Defendant's stipulation, the Court will order detention based on a finding that the Defendant poses a serious risk of flight and a danger to the community, with the understanding that Defendant may move for a full detention hearing before the undersigned at a subsequent date if he chooses to do so.

## III.     Directions Regarding Detention

**ORDERED** that Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to the United States Marshal for the purpose of a court appearance.

**DONE and ORDERED** in open court at West Palm Beach, Palm Beach County, in the Southern District of Florida, on the 17th day of March, 2021, and signed this 17th day of March, 2021.

_____
WILLIAM MATTHEWMAN
United States Magistrate Judge