UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cr-80060-Rosenberg/Reinhart

21 U.S.C. § 841(a)(1)
21 U.S.C. § 922(d)(1)
21 U.S.C. § 853
21 U.S.C. § 924(d)(l)
28 U.S.C. § 2461(c)

UNITED STATES OF AMERICA

vs.

JOEL BARRETT,

Defendant.
_____/

FILED BY ___SP___ D.C.
Apr 21, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about August 13, 2020, in Broward County, in the Southern District of Florida, the defendant,

**JOEL BARRETT,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(i), it is further alleged that this violation involved 100 grams or more of a mixture and substance containing a detectable amount of heroin.

### COUNT 2

On or about September 29, 2020, in Palm Beach County, in the Southern District of Florida, the defendant,

**JOEL BARRETT,**

did knowingly sell and otherwise dispose of a firearm and ammunition to a person, knowing and having reasonable cause to believe that such person had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d)(l).

### COUNT 3

On or about September 29, 2020, in Palm Beach County, in the Southern District of Florida, the defendant,

### JOEL BARRETT,

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin.

### COUNT 4

On or about March 9, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

### JOEL BARRETT,

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved 50 grams or more of methamphetamine.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(i), it is further alleged that this violation involved 100 grams or more of a mixture and substance containing a detectable amount of heroin.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine and a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JOEL BARRETT**, has an interest.

2. Upon the conviction of a violation of Title 21, United States Code, Section 841(a)(1) as alleged in this Information, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

3. Upon conviction of a violation of Title 18, United States Code, Section 922(d)(1), or any other criminal law of the United States, as alleged in this Information, the defendant shall forfeit to the United States, any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States Code, Section 853.

_[signature]_
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_[signature]_
MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

CASE NO. 21-cr-80060-Rosenberg/Reinhart

Defendant's Name: JOEL BARRETT

| COUNT | VIOLATION | U.S. CODE | PENALTY |
|---|---|---|---|
| 1 | Possession with intent to distribute 100 grams or more of heroin | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(i) | Up to 40 years' imprisonment; Minimum of 5 years' imprisonment; Up to $5,000,000 fine; Supervised release of at least 4 years and up to life; $100 Special Assessment |
| 2 | Sale of a firearm to a convicted felon | 18 U.S.C. §§ 922(d)(1) and 924(a)(2) | Up to 10 years' imprisonment; Up to $250,000 fine; Supervised release of up to 3 years; $100 Special Assessment |
| 3 | Possession with intent to distribute heroin | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | Up to 20 years' imprisonment; Up to $1,000,000 fine Supervised release of at least 3 years and up to life; $100 Special Assessment |
| 4 | Possession with intent to distribute methamphetamine, heroin, cocaine, and crack cocaine | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 Special Assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

21-cr-80060-Rosenberg/Reinhart

UNITED STATES OF AMERICA

CASE NO. _____

v.
JOEL BARRETT

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

_____Defendant._____/

**Court Division:** (Select One)

☐ Miami ☐ Key West ☐ FTL
☑ WPB ☐ FTP

New defendant(s) ☐ Yes ☐ No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take **4** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days      ☑
   II   6 to 10 days     ☐
   III  11 to 20 days    ☐
   IV   21 to 60 days    ☐
   V    61 days and over ☐

   (Check only one)
   Petty       ☐
   Minor       ☐
   Misdemeanor ☐
   Felony      ☑

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **9:21-mj-08084-DLB**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **03/09/2021**
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
MARTON GYIRES
Assistant United States Attorney
FLA Bar No.    114404

*Penalty Sheet(s) attached                                    REV 3/19/21

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 21-cr-80060-Rosenberg/Reinhart |
| JOEL BARRETT | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

R. MICHAEL HURSEY, ESQ.
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*