UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cr-80060-Rosenberg/Reinhart

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**JOEL BARRETT,**
    **Defendant.**
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

NOW COMES Defendant Barrett, by and through his undersigned counsel, and states:

1.    This Court set a calendar call hearing for June 3, 2021. This is the first setting of the calendar call. However, for reasons set forth below, Defendant Barrett respectfully requests the Court continue it for at least 60 days.

2.    The main reason is undersigned counsel only recently was able to send discovery to Mr. Barrett, who is incarcerated. But the tracking number showed today it was not yet received by the jail. After he receives it, Mr. Barrett will need time to review it. Counsel must then set up a video conference to discuss discovery.

3.    Also, undersigned counsel is preparing the defense in a capital murder case in *State v. Gordon*, Broward County Case no. 15-1926CF10A. Jury selection began before Covid-19, and nearly 2,000 jurors went through the voir dire process. Seventy-four potential jurors resulted. Jury selection will start again fairly soon.

The court conducted a May 10 pre-trial hearing, with the next pre-trial hearing June 28. Additional pre-trial hearings will occur shortly after, followed by completing jury selection. This important case where the State is seeking the death penalty consumes most of undersigned counsel's and his staff's time.

4. Additionally, the undersigned has planned a trip to Illinois in early June to visit his 89-year old widowed mother, whom he hasn't seen for 1 ½ years because of Covid-19.

5. Further, the undersigned has a pre-paid family vacation to California to visit his daughter's family, and help babysit his only 2 granddaughters from June 18 to July 6.

6. Undersigned counsel contacted counsel for the government, AUSA Gyires, who does not oppose this *Motion*.

7. WHEREFORE, Defendant Barrett prays this Court will grant his *Unopposed Motion to Continue Trial*.

                                          Respectfully submitted,
                                          s/Michael Hursey_____
                                          MICHAEL HURSEY, P.A.
                                          Florida Bar No. 457698
                                          Attorney for Defendant Barrett
                                          5220 S. University Dr., Suite C-110
                                          Ft. Lauderdale, FL 33328
                                          Phone: (954) 252-7458
                                          Fax: (754) 551-6574
                                          Email:  mhpalaw@bellsouth.net

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** the foregoing was furnished via email to be filed via CM/ECF this 26th day of May, 2021.

                              s/Michael Hursey_____
                              MICHAEL HURSEY, P.A.