UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cr-80060- Rosenberg/Reinhart

**UNITED STATES OF AMERICA,**
**Plaintiff,**

v.

**JOEL BARRETT,**
**Defendant.**_____/

# WAIVER OF RIGHT TO SPEEDY TRIAL

NOW COMES Defendant Barrett, by and through undersigned counsel, and states:

1. On or about June 2, 2021, this Court conducted a calendar call and status conference.

2. At said status conference, this Court granted Mr. Barrett's *Unopposed Motion to Continue Trial*. This Court set the next status conference for October 6, 2021, with a trial date for October 11, 2021.

3. Undersigned counsel has advised Mr. Barrett he has the right to a speedy trial pursuant to the Speedy Trial Act (18 U.S.C. §3161 *et seq*.), and Rule 88.5 of the Local Rules for the U.S. District Court for the Southern District of Florida (Dec. 1, 2020).

4. After being advised of his right to a speedy trial, Mr. Barrett knowingly and voluntarily waives any rights he has under the Speedy Trial Act, and this Court's Local Rules. He does so because he believes it is in his best interests.

5. He waives his speedy trial rights freely and voluntarily, without being subjected to coercion or duress. After reviewing his speedy trial rights with the undersigned, Mr. Barrett wants his case resolved at a date beyond the current July 7 trial date. He specifically waives his right to a speedy trial for the time period from the May 26, 2021, filing of the *Unopposed Motion to Continue* to the October 6, 2021, status conference.

6. Undersigned counsel represents to the Court he has the authorization of Mr. Barrett to sign Mr. Barrett's name on the instant *Waiver*.

**WHEREFORE**, Defendant Barrett prays this Court will accept his *Waiver of Right to Speedy Trial*.

Respectfully submitted,

s/Michael Hursey_____   s/ Joel Barrett_____
MICHAEL HURSEY, P.A.              Joel Barrett
Florida Bar No. 457698            Defendant
Attorney for Defendant Barrett
5220 S. University Dr., Suite C-110
Ft. Lauderdale, FL 33328
Telephone: (954) 252-7458
Facsimile: (954) 252-3353
Email: mhpalaw@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a copy of this *Waiver* has been furnished to all parties via CM/ECF this 2nd day of June, 2021.

s/ Michael Hursey
MICHAEL HURSEY