UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-cr-80060-Rosenberg/Reinhart

**UNITED STATES OF AMERICA,**
   **Plaintiff,**
v.

**JOEL BARRETT,**
   **Defendant.**
_____/

## MOTION TO CONTINUE
## CHANGE OF PLEA HEARING

NOW COMES Defendant Barrett, by and through his undersigned counsel, and states:

1. This Court set a change of plea hearing for October 26, 2021. This is the first setting of the change of plea hearing. However, for reasons set forth below, Defendant Barrett respectfully requests the Court continue it for at least 30 days.

2. The main reason is undersigned counsel has serious concerns about Mr. Barrett's mental health/competency issues. Yesterday, undersigned counsel had a 3-plus hour meeting with Mr. Barrett, who is incarcerated. During this meeting, undesigned counsel became aware of Mr. Barrett's prior psychological reports. These psychological reports were conducted and filed in a prior court case(s). Undersigned counsel needs time to obtain and review these reports.

3. In that same vein, undesigned counsel has been informed by a close family member of Mr. Barrett that he has many years of psychological issues stemming back to early childhood.

4. Additionally, undersigned counsel has made observations which lend credence to the family member's statements about Mr. Barrett's psychological/mental health issues.

5. The time requested would allow counsel the opportunity to explore all of the above issues. At this juncture, undersigned counsel does not think a guilty plea hearing would proceed after the Court's question of "Have you ever in the past been diagnosed with any kind of psychological disorder?"

6. Undersigned counsel wants to fulfill his obligation to make sure Mr. Barrett is competent to enter a guilty plea. Depending upon the nature of and conclusions of his prior psychological examinations, undersigned counsel may have to order a competency examination in this case.

7. Undersigned counsel called counsel for the government for his position; however, he was unavailable.

8. WHEREFORE, Defendant Barrett prays this Court will grant his *Motion to Continue Change of Plea Hearing*.

>Respectfully submitted,
>s/Michael Hursey_____
>MICHAEL HURSEY, P.A.
>Florida Bar No. 457698
>Attorney for Defendant Barrett
>5220 S. University Dr., Suite C-110
>Ft. Lauderdale, FL 33328
>Phone: (954) 252-7458
>Fax: (754) 551-6574
>Email: mhpalaw@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the foregoing was filed via CM/ECF this 22nd day of October, 2021.

>s/Michael Hursey_____
>MICHAEL HURSEY, P.A.