UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cr-80060-Rosenberg/Reinhart

UNITED STATES OF AMERICA,
    Plaintiff,
v.

JOEL BARRETT,
    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

NOW COMES Defendant Barrett, through his undersigned counsel, and states:

1. This Court set the change of plea hearing for January 5, 2021. However, for reasons set forth below, Defendant Barrett respectfully requests the Court continue it for at least 30 days.

2. The main reason is undersigned counsel is still trying to get a psychological evaluation of Mr. Barrett. In previous pleadings, counsel outlined his concerns and the concerns of others (i.e. prior counsel, Mr. Barrett's mom, etc.) about Mr. Barrett's competency. But in recently speaking with Mr. Barrett's prior counsel, he could not produce the supporting documents to show Barrett's prior mental state during his case.

3. A mental health professional from FDC Miami recently came to Gun Club Road, where Mr. Barrett is in custody. But she could not conduct any in-depth psychological examination of Mr. Barrett in the brief time she had. A psychological examination by the mental health unit at FDC Miami would be the quickest and least costly way to have this examination completed in this CJA case.

4. Undersigned counsel recently contacted the Legal Liaison at FDC Miami, to see if the mental health professional could examine Mr. Barrett while he is at Gun Club Road. But the Legal Liaison said a psychological examination cannot be conducted by FDC Miami staff upon an inmate not in custody at FDC Miami. In response, undersigned counsel is filing a separate *Motion to Transport Defendant Barrett to FDC Miami.*

5. The procedure to complete the psychological evaluation at FDC Miami will probably take at least 30 days. Because of the holiday season, the time needed to transfer Mr. Barrett to FDC Miami and complete his examination will probably exceed 30 days. After arrival at FDC Miami, Mr. Barrett will probably be quarantined for about 14 days for Covid-19 clearance, before any examination.

6. If Mr. Barrett cannot be transferred to FDC Miami for the psychological evaluation, undersigned counsel would have to get a CJA-approved Psychologist to do the evaluation at Gun Club Road. Additional time would still be needed to complete this before a change of plea hearing.

7. Undersigned counsel wants to have the psychological examination completed *before* Mr. Barrett enters a guilty plea. This would obviate any issues related to his competency that may arise *after* a guilty plea, which could complicate matters later.

8. Undersigned counsel contacted counsel for the government, AUSA Gyires, who does not oppose this *Motion*.

9. WHEREFORE, Defendant Barrett prays this Court will grant his *Unopposed Motion to Continue Change of Plea Hearing*.

Respectfully submitted,
s/Michael Hursey_____
MICHAEL HURSEY, P.A.
Florida Bar No. 457698
Attorney for Defendant Barrett
5220 S. University Dr., Suite C-110
Ft. Lauderdale, FL 33328
Phone: (954) 252-7458
Fax: (754) 551-6574
Email: mhpalaw@bellsouth.net

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** the foregoing was furnished via email to be filed via CM/ECF this 22nd day of December, 2021.

s/Michael Hursey_____
MICHAEL HURSEY, P.A.