UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cr-80060-Rosenberg/Reinhart

UNITED STATES OF AMERICA,
    Plaintiff,
v.

JOEL BARRETT,
    Defendant.
_____/

## UNOPPOSED MOTION TO TRANSFER DEFENDANT TO FDC MIAMI

NOW COMES Defendant Barrett, through his undersigned counsel, and states:

1. Defendant Barrett is in custody in the Palm Beach County jail at Gun Club Road. He needs a psychological evaluation to determine his competency. This Court set the change of plea hearing for January 5, 2021. Mr. Barrett filed an *Unopposed Motion to Continue Change of Plea Hearing* on or about December 22, 2021 [DE 19].

2. The main reason is undersigned counsel is trying to get Mr. Barrett transferred to FDC Miami is to get a psychological evaluation from the mental health professionals at FDC Miami. In previous pleadings, counsel outlined his concerns and the concerns of others (i.e. prior counsel, Mr. Barrett's mom, etc.) about Mr. Barrett's competency.

1

3. A mental health professional from FDC Miami recently came to Gun Club Road, where Mr. Barrett is in custody. But she could conduct no in-depth psychological examination of Mr. Barrett in the time she had. A psychological examination by the mental health unit at FDC Miami would be the quickest and least costly way to have this examination completed in this CJA case.

4. Undersigned counsel recently contacted the Legal Liaison at FDC Miami, to see if the mental health professional could examine Mr. Barrett while he is at Gun Club Road. But the Legal Liaison said a psychological examination cannot be conducted by FDC Miami staff upon an inmate not in custody at FDC Miami.

5. Undersigned counsel is aware the Court has limited authority to order the U.S. Marshal to transport a defendant from one facility to another. But under these circumstances, it is respectfully requested the Court enter its *Order* informing the U.S. Marshal of its desire to have Mr. Barrett evaluated at FDC Miami to help the progress of this case. By way of this *Motion*, Mr. Barrett respectfully asks the prosecutor to communicate with the U.S. Marshal and recommend the transfer to FDC Miami for the same reason.

6. If Mr. Barrett cannot be transferred to FDC Miami for the psychological evaluation, undersigned counsel would have to get a CJA-approved Psychologist to do the evaluation at Gun Club Road.

7. Undersigned counsel wants to have the psychological examination completed *before* Mr. Barrett enters a guilty plea. This would obviate any issues related to his competency that may arise *after* a guilty plea, which could complicate matters later.

8. Undersigned counsel contacted counsel for the government, AUSA Gyires, who does not oppose this *Motion*.

9. WHEREFORE, Defendant Barrett prays this Court will grant his *Unopposed Motion to Transfer Defendant to FDC Miami*.

Respectfully submitted,
s/Michael Hursey_____
MICHAEL HURSEY, P.A.
Florida Bar No. 457698
Attorney for Defendant Barrett
5220 S. University Dr., Suite C-110
Ft. Lauderdale, FL 33328
Tel: (954) 252-7458
Fax: (754) 551-6574
Email:  mhpalaw@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the foregoing was furnished via email to be filed via CM/ECF this 23rd day of December, 2021.

s/Michael Hursey_____
MICHAEL HURSEY, P.A.