UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80060-CR-ROSENBERG/REINHART

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOEL BARRETT,

    Defendant.
_____/

**ORDER**

This matter comes before the Court on the Mr. Barrett's Unopposed Motion to Transfer Defendant to FDC Miami. ECF No. 20. That motion includes a request for a psychiatric evaluation. In a previous Motion to Continue Change of Plea Hearing, defense counsel expressed concerns about Mr. Barrett's mental health. ECF No. 16.

WHEREFORE, pursuant to Title 18, United States Code §§ 4241 and 4242, it is hereby ORDERED AND ADJUDGED that:

1. The Defendant, Joel Barrett, shall be examined by at least one qualified psychiatrist or psychologist pursuant to Title 18, United States Code, §§ 4241 and 4242 to determine if he is presently competent as to be able to understand the criminal proceedings against him and to properly assist in his defense. Furthermore, this evaluation will include an assessment of whether Mr. Barrett was legally sane at the time of the commission of the alleged offense. For purposes of this examination, Mr. Barrett is committed to the custody and care of the

Attorney General for placement in a suitable facility, and the examination shall be for such a reasonable time not to exceed forty-five (45) days, as is necessary to complete the evaluation.

2. The psychiatrist or psychologist, as designated by the Attorney General to examine Mr. Barrett, shall prepare a psychiatric or psychological report pursuant to the requirements of Title 18, United States Code, § 4247(c).

3. The psychiatrist or psychologist, as designated by the Attorney General, shall forward the original competency report to this Court and a copy to the United States Attorney and counsel for Mr. Barrett. The psychiatrist or psychologist, as designated by the Attorney General, shall forward the original sanity report to this Court with a copy to counsel for Mr. Barrett. A copy of the sanity report shall not be provided to the United States Attorney without further order of the Court.

4. The United States Marshal shall transport Mr. Barrett to the mental health institution, which shall be designated by the Attorney General, and return Mr. Barrett immediately upon completion of the examination to the Southern District of Florida.

5. The United States Marshal and/or mental health facility shall provide Mr. Barrett with medication, if any, as prescribed by a licensed physician pending and during transportation to the mental health institution designated by the Attorney General.

6. The request to order the United States Marshal to transfer Mr. Barrett to FDC Miami for the psychiatric examination is DENIED. The examination may be conducted at any suitable facility designated by the Attorney General.

7. The period of time from today until the completion of proceedings to determine Mr. Barrett's competency shall be excluded in computing the time within which the Speedy Trial Act requires a trial to commence. 18 U.S.C. § 3161(h)(1)(A).

THE CLERK OF THE COURT is directed to certify copies of this Order to counsel for Mr. Barrett, the United States Attorney, the United States Marshal, and the designated health facility, also in the care of the United States Marshal.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 30th day of December 2021.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE



Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____*Tanya Mcclendon*_____
Deputy Clerk
Date **Dec 30, 2021**