UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cr-80060-Rosenberg/Reinhart

UNITED STATES OF AMERICA,
    Plaintiff,
v.

JOEL BARRETT,
    Defendant.
_____/

## UNOPPOSED MOTION TO APPOINT PSYCHOLOGIST TO CONDUCT COMPETENCY EVALUATION

NOW COMES Defendant Barrett, through his undersigned counsel, and states:

1. Undersigned counsel respectfully requests to have Mr. Barrett evaluated for competency at the time of the offense, and competency to enter a plea (or go to trial, etc.). The U.S. Magistrate Judge recently denied Mr. Barrett's *Unopposed Motion to Transfer Defendant to FDC Miami* for a psychological evaluation by the FDC-Miami mental health professionals. [DE 20, 24]. So the instant *Motion* is the next vehicle available to Mr. Barrett to get his psychological evaluation.

3. The undersigned has serious concerns about Mr. Barrett's mental health/competency issues. Undersigned counsel had a 3-plus hour meeting with Mr. Barrett, who is incarcerated. During this meeting, undersigned counsel learned

1

of Mr. Barrett's prior psychological reports. These psychological reports were conducted and filed in a prior court case(s).

4. Undersigned counsel conferred with Mr. Barrett's prior counsel. Unfortunately, prior counsel did not maintain his case file, or file any specific pleadings relative to Mr. Barrett's mental health. But prior counsel did verify he had concerns about Mr. Barrett's mental health during the pendency.

5. In that same vein, undersigned counsel has been informed by a close family member of Mr. Barrett he has many years of psychological issues, stemming back to early childhood.

6. And undersigned counsel has made observations which lend credence to the family member's statements about Mr. Barrett's psychological status.

7. The requested psychological examination would allow counsel to explore the above issues. Undersigned counsel does not think a guilty plea would proceed after the Court's question "Have you ever in the past been diagnosed with any kind of psychological disorder?"

8. Undersigned counsel wants to fulfill his obligation to make sure Mr. Barrett is competent to enter a guilty plea.

9. Mr. Barrett respectfully requests the Court to enter its *Order* authorizing the appointment of a CJA-approved psychologist to perform the above psychological examination.

10. Undersigned counsel contacted counsel for the government, who does not oppose this *Motion.*

WHEREFORE, Defendant Barrett prays this Court will grant his *Unopposed Motion To Appoint Psychologist To Conduct Competency Evaluation*.

>Respectfully submitted,
>s/Michael Hursey_____
>MICHAEL HURSEY, P.A.
>Florida Bar No. 457698
>Attorney for Defendant Barrett
>5220 S. University Dr., Suite C-110
>Ft. Lauderdale, FL 33328
>Phone: (954) 252-7458
>Fax: (754) 551-6574
>Email:  mhpalaw@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the foregoing has been furnished via CM/ECF this 28th day of January, 2022.

>s/Michael Hursey_____
>MICHAEL HURSEY, P.A.