UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cr-80060-Rosenberg/Reinhart

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOEL BARRETT,
    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

NOW COMES Defendant Barrett, through his undersigned counsel, and states:

1. This Court set a change of plea hearing for February 4, 2022. This is the second setting of the change of plea hearing. However, for reasons set forth below, Defendant Barrett respectfully requests the Court continue it for at least 45 days.

2. The main reason is undersigned counsel wants to have Mr. Barrett evaluated for competency at the time of the offense, and competency to enter a plea (or go to trial, etc.).

3. On today's date, the undersigned filed an *Unopposed Motion to Appoint Psychologist to Conduct Psychological Evaluation* (DE 26). This *Motion* is based on the undersigned's serious concerns about Mr. Barrett's mental health/competency issues. After the psychological examination is completed, the psychologist will need

1

time to reduce it to written form. Undersigned counsel will also need time to review it, and discuss it with the psychologist.

4. The requested psychological examination would allow counsel to explore the above issues. Undersigned counsel does not think a guilty plea hearing would proceed after the Court's question of "Have you ever in the past been diagnosed with any kind of psychological disorder?"

5. Undersigned counsel wants to fulfill his obligation to make sure Mr. Barrett is competent to enter a guilty plea.

6. Undersigned counsel contacted counsel for the government, who does not oppose this *Motion.*

WHEREFORE, Defendant Barrett prays this Court will grant his *Unopposed Motion to Continue Change of Plea Hearing.*

> Respectfully submitted,
>
> s/Michael Hursey_____
> MICHAEL HURSEY, P.A.
> Florida Bar No. 457698
> Attorney for Defendant Barrett
> 5220 S. University Dr., Suite C-110
> Ft. Lauderdale, FL 33328
> Phone: (954) 252-7458
> Fax: (754) 551-6574
> Email:  mhpalaw@bellsouth.net

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** the foregoing has been furnished via CM/ECF this day 28th of January, 2022.

> s/Michael Hursey_____
> MICHAEL HURSEY, P.A.