

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

33 NE 4th St.
Miami, FL 33132

January 19, 2022

The Honorable Bruce E. Reinhart
United States Magistrate Judge
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street
West Palm Beach, Florida 33401

**Re:  Name:      Barrett, Joel**
   **Reg. No:    33938-509**
   **Case No:   21-80060-CR-ROSENBERG/REINHART**

Dear Judge Bruce E. Reinhart:

On December 30, 2021, an Order of the Court committed Mr. Barrett to the custody of the Bureau of Prisons for a mental health evaluation under the provisions of Title 18, United States Code, Sections 4241 and 4242. The Court is requesting opinions regarding the defendant's competency to stand trial and mental state at the time of the alleged offense.

Mr. Barrett arrived for the evaluation at the Federal Detention Center (FDC), Miami, on January 4, 2022. The FDC-Miami is presently operating under the BOP's COVID-19 Modified Operations Plan to maximize social distancing, as much as practicable. To ensure both inmate and staff safety, these procedures have included a mandatory quarantine for at least 14 days to assess for symptoms of COVID-19, limited access to the inmates, as well as, extra precautions to maintain space between inmates and staff. As of the date of this letter, Mr. Barrett remains in quarantine status. As a result, the FDC-Miami is unable to complete this evaluation and report until March 25, 2022. Accordingly, we respectfully request the Court permit the FDC-Miami until then to complete the evaluation and submit the report.

In addition, we request for the examiner, Dr. Carmen Rodriguez, be provided with any relevant documents that are available (i.e., medical, psychiatric/academic records, prior evaluations, investigative reports, criminal history, etc.). We appreciate the Court's understanding of these extenuating circumstances. Please do not hesitate to contact Dr. Rodriguez at (305) 982-1421 or at c13rodriguez@bop.gov if you have any questions or concerns.

Sincerely,

E. K. Carlton
Warden

**Name:** Barrett, Joel
**Reg. No:** 33938-509
**Case No:** 21-80060-CR-ROSENBERG/REINHART

**The Honorable Bruce E. Reinhart**
United States Magistrate Judge
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street
West Palm Beach, Florida 33401

**R. Michael Hursey**
Michael Hursey PA
5220 S. University Drive
Suite C-110
Fort Lauderdale, FL 33328
954-252-7458
Fax: 252-3353
Email: mhpalaw@bellsouth.net

**Marton Gyires**
US Attorney's Office
500 South Australian Avenue
4th Floor
West Palm Beach, FL 33401
561-209-1047
Fax: 561-820-8777
Email: marton.gyires@usdoj.gov