UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cr-80060-Rosenberg

UNITED STATES OF AMERICA,
 Plaintiff,
v.

JOEL BARRETT,
 Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE
## STATUS CONFERENCE RE: COMPETENCY MATTERS

 NOW COMES Defendant Barrett, by and through his undersigned counsel, and states:

 1. This Court set a status conference on mental competency for May 18, 2022. However, for reasons set forth below, Defendant Barrett respectfully requests the Court continue it for at least 14 days.

 2. The main reason is undersigned counsel tested positive for Covid-19 on Saturday, May 14, 2022. He needs this time to recover his health and comply with CDC guidelines concerning public health.

 3. Additionally, Monday – Wednesday of each week since May 2, 2022, the undersigned is picking a jury in a capital murder trial in Broward County *State v. Gordon*, Case no. 15-1926CF10A. Beginning today, the undersigned is continuing

1

the jury selection by Zoom. For this reason, the undersigned respectfully requests Mr. Barrett's status hearing be set for a Thursday or Friday.

4. Undersigned counsel contacted counsel for the government, AUSA Gyires, who does not oppose this *Motion*.

5. WHEREFORE, Defendant Barrett prays this Court will grant his *Unopposed Motion to Continue Status Conference Re: Competency Matters*.

        Respectfully submitted,

        s/Michael Hursey_____
        MICHAEL HURSEY, P.A.
        Florida Bar No. 457698
        Attorney for Defendant Barrett
        5220 S. University Dr., Suite C-110
        Ft. Lauderdale, FL 33328
        Phone: (954) 252-7458
        Fax: (754) 551-6574
        Email: mhpalaw@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the foregoing was furnished via email to be filed via CM/ECF this 16th day of May, 2022.

        s/Michael Hursey_____
        MICHAEL HURSEY, P.A.