UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cr-80060-Rosenberg

**UNITED STATES OF AMERICA,**
       Plaintiff,
v.

**JOEL BARRETT,**
       Defendant.
_____/

**MOTION TO CONTINUE**
**STATUS CONFERENCE RE: COMPETENCY MATTERS**

NOW COMES Defendant Barrett, by and through his undersigned counsel, and states:

1.      This Court set a status conference on mental competency for June 2, 2022. However, for reasons set forth below, Defendant Barrett respectfully requests the Court continue it for at least 14 days.

2.      The main reason is undersigned counsel has a pre-paid CJA legal seminar in Bonita Springs, FL from Thursday, June 2 to Saturday, June 4, 2022.

3.      Additionally, Monday – Wednesday of each week since May 2, 2022, the undersigned is picking a jury in a capital murder trial in Broward County *State v. Gordon*, Case no. 15-1926CF10A.  For this reason, the undersigned respectfully requests Mr. Barrett's status hearing be set for a Thursday or Friday (the earliest possible being Thursday, June 9, Friday, June 10, or Friday June 17).

1

4. Undersigned counsel contacted counsel for the government, AUSA Gyires, who is in trial and unavailable for his position on this *Motion*.

5. WHEREFORE, Defendant Barrett prays this Court will grant his *Motion to Continue Status Conference Re: Competency Matters*.

    Respectfully submitted,

    s/Michael Hursey_____
    MICHAEL HURSEY, P.A.
    Florida Bar No. 457698
    Attorney for Defendant Barrett
    5220 S. University Dr., Suite C-110
    Ft. Lauderdale, FL 33328
    Phone: (954) 252-7458
    Fax: (754) 551-6574
    Email:  mhpalaw@bellsouth.net

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** the foregoing was furnished via email to be filed via CM/ECF this 23rd day of May, 2022.

    s/Michael Hursey_____
    MICHAEL HURSEY, P.A.