UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cr-80060- Rosenberg/Reinhart

**UNITED STATES OF AMERICA,**
**Plaintiff,**

v.

**JOEL BARRETT,**
**Defendant.**_____/

## WAIVER OF RIGHT TO SPEEDY TRIAL

NOW COMES Defendant Barrett, through undersigned counsel, and states:

1. On or about June 17, 2022, this Court conducted a competency hearing and status conference.

2. At the status conference, this Court granted Mr. Barrett's *ore tenus Motion to Continue Change of Plea Hearing*. After U.S. District Court Judge Rosenberg assigned this change of plea hearing to this Court, it set the change of plea hearing for August 29, 2022.

3. Undersigned counsel has advised Mr. Barrett he has the right to a speedy trial under the Speedy Trial Act (18 U.S.C. §3161 *et seq*.), and Rule 88.5 of the Local Rules for the U.S. District Court for the Southern District of Florida (Dec. 1, 2020).

4. After being advised of his right to a speedy trial, Mr. Barrett knowingly and voluntarily waives any rights he has under the Speedy Trial Act, and this Court's Local Rules. He does so because he believes it is in his best interest.

5. He waives his speedy trial rights freely and voluntarily, without being subjected to coercion or duress. After reviewing his speedy trial rights with the undersigned, Mr. Barrett wants his case resolved at a date beyond the previous June 17, 2022, hearing date. He specifically waives his right to a speedy trial for the period from the June 17, 2022, competency hearing to the August 29, 2022, change of plea hearing.

6. Undersigned counsel represents to the Court he has the authorization of Mr. Barrett to sign Mr. Barrett's name on the *Waiver*.

**WHEREFORE**, Defendant Barrett prays this Court will accept his *Waiver of Right to Speedy Trial*.

Respectfully submitted,

s/Michael Hursey_____     s/ Joel Barrett_____
MICHAEL HURSEY, P.A.            Joel Barrett
Florida Bar No. 457698          Defendant
Attorney for Defendant Barrett
5220 S. University Dr., Suite C-110
Ft. Lauderdale, FL 33328
Telephone:  (954) 252-7458
Facsimile:  (954) 252-3353
Email:  mhpalaw@bellsouth.net

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** a copy of this *Waiver* has been furnished to all parties via CM/ECF this 20th day of July, 2022.

        s/ Michael Hursey_____
        MICHAEL HURSEY