**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-80060-CR-ROSENBERG**

**UNITED STATES OF AMERICA,**

**vs.**

**JOEL BARRETT,**

      **Defendant.**

_____/

**NOTICE ON FORFEITURE**

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this Notice on Forfeiture.

On February 24, 2023, the Court entered a Judgment against the defendant, ECF No. 56, directing the United States to submit a proposed Order of Forfeiture within three days of this proceeding.  The United States is not pursuing federal judicial forfeiture at this time.

      Respectfully Submitted,

      MARKENZY LAPOINTE
      UNITED STATES ATTORNEY

By:    /s/ *WILLIAM T. ZLOCH*
        WILLIAM T. ZLOCH
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 0105619
        United States Attorney's Office
        500 S. Australian Ave. Suite 400
        West Palm Beach, FL 33401
        Telephone: (561) 820-8711
        Facsimile: (561) 820-8777
        Email: William.zloch@usdoj.gov