21-CR-80060 Joel Barrett
18 mar 25

I dont know who to ask but I was told to ask for my "plea agreement" from this address So please help, and thank you my reg # is

33938-509

my address is

federal correctional inst.
Lompoc II
3901 Klein Blvd
Lompoc, ca, 93436

again Thank you

Joel Barrett

p.s. my d.o.B is 9-15-84

FILED BY CNW D.C.
APR 08 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - KEY WEST

Joel Barrett 33938-509
m unit cell A07 or 107
Federal correctional institution
Lompoc II
3901 klein Blvd.
Lompoc, Ca, 93436

Keep Safety in View

SANTA BARBARA CA 931

19 MAR 2025 PM 3 L

USMS INSPECTED

⇔33938-509⇔
Clerk U S Dist Court
301 Simonton ST
Room 130
E Rockland KEY, FL 33040
United States

33040-681201