UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80284-CIV-ROSENBERG

JOEL BARRETT,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.
_______________________________________/

**ORDER GRANTING PETITIONER'S MOTION TO WITHDRAW**

THIS CAUSE comes before the Court on Petitioner Joel Barrett's ("Petitioner") Motion to Withdraw Pending 2255 Petition [ECF No. 24]. Currently pending in this case is a Report and Recommendation following an evidentiary hearing on Ground Two of the Petition filed under 28 U.S.C. § 2255 [ECF No. 1], held before Magistrate Judge Bruce E. Reinhart on May 14, 2025 [ECF No. 23]. Petitioner, through counsel, seeks to withdraw his Petition, and advises the Court that he no longer seeks to appeal his judgment and sentence, and understands that a future 2255 Petition may be time-barred [ECF No. 24].

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Petitioner's Motion to Withdraw Pending 2255 Petition [ECF No. 24] is **GRANTED**.
2. Ground Two of the Petition [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.
3. The Clerk is instructed to **MAIL** a copy of this order to Petitioner at the address below.

4. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 10th day of June, 2025.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

**Joel Barrett**
33938-509
Coleman Medium
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1032
Coleman, Florida 33521
PRO SE