Name: Joel Barrett
Reg. No.: 33938-509
Federal Correctional Institution Lompoc II
3901 Klein Blvd.
Lompoc, CA 93436

FILED BY CG D.C.
SEP 29 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Date: 9-11-25

Dear Clerk of the Court;

Greetings and good day! I am writing with a legal request.

I am working on post conviction litigation and am requesting a copy of the following documents related to my current federal case:

X **My Plea Agreement**

X **My Docket Sheet**

X **My Judgement and Commitment Order**

My information is as follows: Name: Joel Barrett, DOB: 9-15-84 District Court Case Number: 9:21-cr-80060-RLR-1.

Please send the requested documents to me at the above address. Until then I remain,

Sincerely,

Joel Barrett
Signature

Joel Barrett
Print Name

Joel Barrett 33938-509
Federal Correctional Institution Lompoc II
3901 Klein BLVD
Lompoc, CA 93436

SANTA BARBARA CA 931
26 SEP 2025 PM 3 L

INSPECTED

⇔33938-509⇔
Paul G Rogers Federal
Building & US Courthouse
701 Clematis ST
Room 402 - Court Clerk
WEST PALM BCH, FL 33401
United States

33401-511202

Back is